12-3981   David Stebbins v. Legal Aid of Arkansas

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 12/18/2012

**Case Name:**   David Stebbins v. Legal Aid of Arkansas
**Case Number:**   12-3981

**Docket Text:**
Civil case docketed. [3985905] [12-3981]

**The following document(s) are associated with this transaction:**
Document Description:   None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. J. David Dixon: ddixon@davis-firm.com
Mr. Christopher R. Johnson:
Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Don A. Taylor: dtaylor@davis-firm.com, lkeys@davis-firm.com