# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Ms. Constance G. Clark

**CC:** Mr. J. David Dixon
Mr. Don A. Taylor
Mr. David Anthony Stebbins

**FROM:** Danialle M. Walton

**DATE:** January 30, 2013

**RE:** 12-3981 David Stebbins v. Legal Aid of Arkansas

Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

__X__ Please move the "Summary of the Case" so that it immediately follows the cover page and precedes the table of contents.

__X__ STATEMENT OF ISSUES IS MISSING OR INCOMPLETE. See 8th Cir. R. 28A(i)(2).
   __X__ most apposite cases not listed;

__X__ CERTIFICATE OF SERVICE INCORRECT—The COS should only speak to service electronically by cm/ecf. No paper copies should be prepared or mailed to any parties until the court accepts/files the brief and sets a paper copy due date. (Also, please remember to update the date on the COS before re-submitting the brief for review.)

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.