# IN THE UNITED STATES COURT FO APPEALS
# FOR THE EIGHTH CIRCIUT

**DAVID STEBBINS**                                                                  **APPELLANT**

**VS**                                **CASE NO. 12-3981**

**LEGAL AID OF ARKANSAS**                                       **APPELLEE**

## MOTION FOR SANCTIONS

Comes now, *pro se* Appellant David Stebbins, who hereby submits the following motion for Appellee to be sanctioned for advancing numerous frivolous legal arguments.

A ruling on this motion need not be immediate. The decision can, if the Court desires, be incorporated into its decision, like so many other cases in which sanctions have been imposed.

The Appellees' arguments – especially those regarding the retaliation claim being appealed – were completely frivolous and absurd for the reasons stated in the Reply brief, hereby incorporated by reference. They should be sanctioned accordingly.

I do not care if I get any of the money they can be forced to pay; the sanctions can be paid directly into court for all I care. I just want to make an example out of them, is all.

Wherefore, premises considered, I request that this Motion for Sanctions be granted alongside the District Court Judgment being reversed.

                                                         /s/ David Stebbins
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

IN THE UNITED STATES COURT FO APPEALS
FOR THE EIGHTH CIRCIUT

**DAVID STEBBINS**                                                                                **APPELLANT**

**VS**                            **CASE NO. 12-3981**

**LEGAL AID OF ARKANSAS**                      **APPELLEE**

## CERTIFICATE OF SERVICE

I, *pro se* Appellant David Stebbins, hereby certify under penalty of perjury that this reply brief was served on Defendant by allowing its counsel to view it on ECF.

 /s/ David Stebbins
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com