# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-3981

David Anthony Stebbins

Appellant

v.

Legal Aid of Arkansas

Appellee

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:11-cv-03057-PKH)
_____

**ORDER**

The motion for appellee to be sanctioned for raising frivolous legal arguments, filed by Mr. David Anthony Stebbins, is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

February 11, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans