

SIDNEY P. DAVIS, JR.
CONSTANCE G. CLARK
WM. JACKSON BUTT II
KELLY CARITHERS
DON A. TAYLOR
CASEY D. LAWSON
JOSHUA D. McFADDEN
COLIN M. JOHNSON
J. DAVID DIXON
WILLIAM F. CLARK

WRITER'S EMAIL ADDRESS
CCLARK@DAVIS-FIRM.COM

February 21, 2013

RE: David Stebbins v. Legal Aid of Arkansas; United States Court of Appeals for the Eighth Circuit; No. 12-3981

Mr. Michael E. Gans, Clerk
United States Court of Appeals
   for the Eighth Circuit
Thomas F. Eagleton Courthouse
Room 24.329
111 South 10th Street
St. Louis, MO 63102

Dear Mr. Gans:

I represent the appellee, Legal Aid of Arkansas, in the referenced appeal. I am in receipt of the motion for sanctions filed by appellant David Stebbins on February 11, 2013. In that motion, Mr. Stebbins contends that Legal Aid has advanced "numerous frivolous legal arguments" in its appeal brief. This letter is to advise the court that I stand by my brief and believe Mr. Stebbins' motion for sanctions is without merit and does not warrant any response beyond this correspondence. I understand that Mr. Stebbins' motion will be taken up by the court in conjunction with the disposition of the case on the merits.

Thank you very much for your consideration.

          Sincerely,

          DAVIS, CLARK, BUTT, CARITHERS
            & TAYLOR, PLC


          Constance G. Clark

CGC:cc

cc:   Mr. David Stebbins
      123 W. Ridge St., Apt. D
      Harrison, AR 72601